# UNITED STATES DISTRICT COURT

APR -7 PM 3: 12

## SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ECL___    DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 1078**

The person charged as___BREWER, Jamel A._____ now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the___Western_____ District of__Washington_____ on

__10/15/07_____ with:___**Title 18 USC 3146**_____in violation of:

**FAILURE TO APPEAR AS DIRECTED OCTOBER 1, 2007 BEFORE THE HONORABLE MARY ALICE THEILER ON CHARGES OF ASSAULT**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: ___04/07/08_____

_____Steve Purinton_____
CI -Deputy United States Marshal

Reviewed and Approved

DATE: _4/7/08_

_____
Assistant United States Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### Western District of Washington
### AT TACOMA

UNITED STATES OF AMERICA,

v.

JAMEL A. BREWER



**WARRANT FOR ARREST**

04-5071 HM

CR~~07-5553~~

TO:   The United States Marshal
      and Any Authorized United States Officer

      You are hereby commanded to arrest **JAMEL A. BREWER**  and bring him or her forthwith to the nearest
      magistrate judge to answer a(n)

__ Indictment   _X_   Information __ Complaint __ Violation Notice __ OTHER
Charging him or her with (brief description of offense):

FAILURE TO APPEAR AS DIRECTED OCTOBER 1, 2007, BEFORE THE HONORABLE MARY ALICE
THEILER ON CHARGE(S) OF:

ASSAULT

Heather Arent-Zachary, Deputy Clerk
Name of Issuing Officer
MAT

_Heather Arent-Zachary_
Signature of Issuing Officer

October 15, 2007   at Seattle, WA
Date and Location

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |