# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   JAMEL A. BREWER                    [1]     08MJ1078
_____ []  _____ []

The Honorable:   RUBEN B. BROOKS

Atty   JOHN FIELDING                        for   [1]   -   CJA
Atty   _____       for   []    -
Atty   AUSA: Michelle Pettit                for   []    -

Tape No. RBB08-1: 1003-1008   5 min

DETENTION HEARING NOT HELD. NOT FOR DETENTION - W.D
DEFT WAIVES DETENTION HRG WITHOUT PREJUDICE. ORDER FILED.
DEFT WAIVES ID/REMOVAL HEARING.
WAIVER OF ID/REMOVAL FILED.
WARRANT OF REMOVAL SUBMITTED.
DEFT ORDERED REMOVED FORTHWITH TO WESTERN DISTRICT OF WA.

All pend dates - vacated

Date: 4/10/08                               by   VTL

END OF FORM