LAW OFFICES OF JOHN R. FIELDING, JR.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-0467
Facsimile: (619) 233-0475

Attorney for Defendant, BREWER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JUDGE RUBEN B. BROOKS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-MJ1078 |
| Plaintiff, | ) ) | **REQUEST FOR COURT** |
| v. | ) ) | **AUTHORIZATION FOR NOTARY SERVICES** |
| JAMEL A. BREWER, | ) ) | |
| Defendant. | ) ) | |

COMES NOW COUNSEL for Defendant named herein and requests this Honorable Court authorize payment for extraordinary expenses for a mobile notary to enter the Western Region Detention Facility (GEO), to notarize an authorization to release confiscated property to counsel on behalf of Defendant, not to exceed $100 without further order of the Court.

Dated: April 11, 2008

                                        Honorable Ruben B. Brooks

- 1