



# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 11, 2008

Clerk, U.S. District Court
Western District of Washington
United States Courthouse, level lobby
700 Stewart Street
Seattle, WA 98101-1271

CR04-5071 CVB

Re:   08MJ1078, USA v Jamel A Brewer

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |                                 |   |                   |
|---|---------------------------------|---|-------------------|
| x | Docket Sheet                    | x | Warrant of Removal |
| x | Complaint                       |   | Order of Removal  |
|   | Minute Order Appointing Counsel |   | Detention Order   |
|   | Corporate Surety Bond           | x | Waiver of Removal |
|   | Personal Surety Bond            |   |                   |
|   | Other                           |   |                   |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ L Odierno
    Deputy Clerk